UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MOHAMED MAGASSOUBA,

    Plaintiff,

v.

PRINCE GEORGE'S COUNTY, *et al.*,

    Defendants.
_____/

Case No. 8:23-cv-00767-TSJ

## NOTICE OF APPEARANCE

TO THE CLERK of this Court and all parties of record:

Please take notice that Kimberly Russell hereby respectfully enters her appearance in the above-captioned case on behalf of Plaintiff Mohamed Magassouba.

Dated: September 15, 2025.

    */s/ Kimberly Russell*
    KIMBERLY RUSSELL
    D. Md. Bar No.: 31731
    The Russell Law Firm, PLLC
    Founder & Principal Attorney
    1140 3rd St. NE
    Washington, DC 20002
    Tel: (202) 430-5085
    kimberly@russellatlaw.com